727 A.2d 1108

**Gene ALLEN and Deandre Moon,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS.**

**Appeal of Gene Allen.**

Supreme Court of Pennsylvania.

April 15, 1999.

## *ORDER*

PER CURIAM:

Order of the Commonwealth Court is hereby AFFIRMED.